## TONI MESSINA ESQ.

100 LAFAYETTE STREET
SUITE 502
NEW YORK, NY 10013

TEL (646) 207-4705
FAX (212) 571-5507
tonimessinalaw@aol.com

August 21, 2008


RECEIVED
AUG 2 1 2008
CHAMBERS OF
RICHARD J. HOLWELL

Judge Richard Holwell
U.S. District Court, SDNY
500 Pearl Street
NY, NY 10013

Re: <u>United States v. Ruben Antonio Arias-Javier</u>
07 Cr. 1186 (RJH)

**URGENT: Request to travel to New Jersey, Sunday, August 24**

Dear Judge Holwell,

I am the attorney for Ruben Arias. His travel has been restricted to the Eastern and Southern Districts of New York, however he is requesting permission to join a group of co-workers to attend a party in a park in New Jersey this Sunday, August 24th.

He will leave and return that same day. (I have attempted to contact AUSA David O'Neil, but he is out of the office until Aug. 25th.)

Thank you for considering this matter.

Regards,

SO ORDERED
[signature]
US DJ
8/25/08

Toni Messina, Esq.

CC: AUSA David O'Neil

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08